311 So.2d 440

## In re STATE of Alabama, DEPARTMENT OF INDUSTRIAL RELATIONS

v.

## Glen M. TAYLOR.

**Ex parte State of Alabama, Department of Industrial Relations.**

SC 1188.

Supreme Court of Alabama.

April 17, 1975.

Arthur J. Reid, Gen. Counsel, Department of Industrial Relations and Richard S. Brooks, Asst. Gen. Counsel, Montgomery, for petitioner.

T. J. Carnes, Albertville, for respondent.

ALMON, Justice.

Petition of the State of Alabama, Department of Industrial Relations for Cer-

tiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in State of Alabama, Department of Industrial Relations v. Taylor, 54 Ala.App. 614, 311 So.2d 438.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.